ALEX LANDON
California Bar No. 050957
2442 Fourth Avenue
San Diego, CA 92101
Telephone (619) 232-6022

Attorney for Defendant
EDGAR ALONSO IGLESIAS

FILED

2006 SEP 25  AM 10: 52

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Marilyn Huff)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EDGAR ALONSO IGLESIAS,<br><br>Defendant. | Case No.: 06CR1191-H<br><br>DECLARATION OF ALEX LANDON AND ORDER |

I, Alex Landon, declare:

1. I am the attorney of record for Edgar Alonso Iglesias, and am appointed under the Criminal Justice Act;

2. I have received notice from Copy Connection that discovery (Order #4) in Mr. Iglesias' case is available;

3. Copy Connection has indicated that the cost of copying discovery will be $301.84;

4. The discovery is necessary for the proper preparation and presentation of Mr. Iglesias' case;

5. The government has had an opportunity to obtain and review the discovery in the above case;

6. Therefore I request the Court authorize $301.84 for Copy Connection pursuant to

ORIGINAL

the CJA for copying the discovery in the case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of September, 2006, in San Diego, California.

                                             ALEX LANDON
                                             Attorney for Defendant
                                             EDGAR ALONSO IGLESIAS

## ORDER

Based upon the above request for an order authorizing $301.84 for copying discovery, and good cause appearing therefor,

IT IS HEREBY ORDERED that in addition to any CJA allocations in the instant case, $301.84 is approved for Copy Connection for copying discovery on behalf of defendant Edgar Alonso Iglesias.

DATED: September 22, 2006

                                             MARILYN HUFF
                                             United States District Court Judge

# COPY connection

**FAX DISCOVERY ORDER #4-NEW**

U.S. v EDGAR IGLESIAS, et al.

1010 Second Avenue
Suite 100-B & 130-B
San Diego, CA 92101
Phone: 619-235-6975
FAX (619) 595-7841

CASES: **06CR1191H**, 06CR1192H, 06CR1193H

DATE: **9/19/06**

Defendant: _Iglesias, Edgar_

Please be advised that our company has possession of discovery materials from:
AUSA **TODD ROBINSON**

We are ready to begin the duplication & distribution process of discovery materials.

The law office of: _Alex Landon_ hereby orders from Copy Connection the below items, as indicated by signature of attorney or authorized agent:

Please note: If any "NO" boxes remain unchecked, you will receive and be responsible for payment of the entire amount of discovery materials listed below:

Please check YES or NO, SIGN, & FAX TO (619) 595-7841

| Quantity | Discovery Materials | Price | YES | NO |
|---|---|---|---|---|
| 29 @ $10.00 each | **LINE SHEETS ON COMPACT DISK** | $ 290.00* | X | |
| APPROX. 148 pg @ 8 cents/page | **DISCOVERY DOCUMENTS** | $ 11.84* | X | |
| | Hard copy of line sheets is available- please call for details | | | |

* Note: Sales Tax Additional
* Delivery is Free to downtown San Diego area if order is over $100.00

My signature indicates that I understand and agree that I cannot cancel this order and that I am responsible for full payment (C.O.D.) on the items that I have ordered. In any action to enforce the terms of this agreement, the prevailing party shall be entitled to recover reasonable attorney's fees, court costs, and other non-reimbursable litigation expenses; such as expert witness fees and investigation expenses.

Signature of Attorney or Authorized Agent: _[signature]_ Date 9-19-06

Print or Type Name: _____

QUESTIONS OR CONCERNS? PLEASE CALL SUE @ 619-235-6975